IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TAMARA LYN MASHBURN, | CIVIL NO. 18-00429 ACK-KSC |
| Plaintiff, | FINDINGS AND RECOMMENDATION TO DISMISS |
| vs. | |
| LYLE LUI KWAN, sued individually; JOYCE LIN, Branch Manager FHB, sued individually; PEARL R. LYE, sued individually; LYN DALE KAWAKAMI, APS Investigator, sued individually; DORI Unknown, APS Investigator, sued individually; GREGORY CHANG, Notary for FHB Pearlridge Branch, sued individually; APS AGENT DORRI; APS AGENT JACKIE; APS AGENT MARK, | |
| Defendants. | |

**FINDINGS AND RECOMMENDATION TO DISMISS**

On November 6, 2018, Plaintiff Pro Se Tamara Lyn Mashburn ("Plaintiff") filed a Motion for Leave to Proceed In Forma Pauperis and a Motion for Appointment of Pro Bono Counsel. This Court, on November 9, 2018,

issued an Order Denying Plaintiff's Motion for Appointment of Pro Bono Counsel and Denying Without Prejudice Application to Proceed Without Prepaying Fees or Costs ("Order").  This Order allowed Plaintiff leave to file another in forma pauperis application and leave to amend her Complaint by December 14, 2018, noting that failure to do so would result in dismissal of the action.  Plaintiff has failed to file another in forma pauperis application or pay the filing fee and has failed to amend her Complaint by December 14, 2018. Accordingly, this Court FINDS AND RECOMMENDS that Plaintiff's Complaint be DISMISSED WITHOUT PREJUDICE.

Dated: Honolulu, Hawaii, December 17, 2018.



_____
Kevin S.C. Chang
United States Magistrate Judge