```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF HAWAI`I
```

| | |
|---|---|
| **Tamara Lyn Mashburn,** | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 18-00429 ACK-KSC |
| | ) |
| LYLE LUI KWAN, sued individually; | ) |
| JOYCE LIN, Branch Manager FHB, | ) |
| sued invididually; LYN DALE | ) |
| KAWAKAMI, APS Investigator, sued | ) |
| individually; DORI unknown, APS | ) |
| Investigator, sued individually; | ) |
| GREGORY CHANG, Notary for FHB | ) |
| Pearlridge Branch, sued | ) |
| Individually; APS AGENT DORRI; APS | ) |
| AGENT JACKIE; APS AGENT MARK, | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 18, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the FINDINGS AND RECOMMENDATION TO DISMISS are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai`i, January 10, 2019



_____
Alan C. Kay
Sr. United States District Judge

Mashburn v. Lui Kwan, et al., Civ. No. 18-00429 ACK-KSC, Order Adopting Magistrate Judge's Findings and Recommendation.